**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**



**Dominique Calhoun**
Plaintiff,

v.

**Phillip Dabney Jr. Et. AL,** Defendant(s).

Case No.: 24-cv-872

---

## SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Dominique Calhoun, declare as follows:

1. I am the Plaintiff in the above-captioned case. On September 15, 2024, I previously submitted a Motion to Proceed in Forma Pauperis pursuant to 28 U.S.C. § 1915 and I now submit this supplemental declaration in support of that motion.
2. I respectfully reaffirm that I am unable to pay the costs of these proceedings due to my financial status.
3. Since filing my initial application, I wish to provide additional information or clarification as follows:
   I have been unemployed since March 12, 2025, and my only source of income is GA State Unemployment. I have (1) one week payment of $360 remaining and then I will have $0 income after June 25, 2025. My rent is $2,200/month. I have no significant assets, and my monthly expenses exceed my income. I have no savings or property that can be liquidated to pay court fees. (EXHIBIT#1) (Unemployment)
4. I certify that the information I have provided is true and correct to the best of my knowledge and belief.
5. I understand that a false statement or misrepresentation may result in dismissal of my claims and possible penalties for perjury.

①

**Dominique Calhoun**
770-367-5505
DomCalhoun@yahoo.com

**Pro Se Plaintiff**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of ~~June~~ 5th July, 2025, at Atlanta, GA.

**Signature:** _____

**Name:** Dominique Calhoun

②

**SUPPLEMENTAL DECLARATION IFP:**

**EXHIBIT# 1**

**UNEMPLOYMENT SUMMARY**

 MyUI Claimant Dashboard

👤DOMINIQUE CALHOUN    |    LOGO

Eligibility determination(s) have been mailed and payments will be released within 2 business days of the mailed date, if you are allowed benefits. If you are denied benefits, you have 15 days from the mailed date to file a request for reconsideration or appeal.

## Claim Information

| | |
|---|---|
| Current Program: | UI |
| Benefit Year Begin (BYB) Date: | 03/16/2025 |
| Benefit Year End (BYE) Date: | 03/14/2026 |
| Weekly Benefit Amount (WBA): | $365.00 |
| Maximum Benefit Amount (MBA): | $5,110.00 |
| Remaining Balance: | $0.00 |
| Last Payment Date: | 06/24/2025 |
| WorkSource Georgia Registration: | Yes |