**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**



**Dominique Calhoun**
**Plaintiff,**

**v.**

**Phillip Dabney Jr. et. Al,**
**Defendant(s).**

**Case No.: 24-cv-872**

### Supplemental Declaration in Support of Monell Doctrine Claim

COMES NOW the Plaintiff, Dominique Calhoun, and respectfully submits this Additional Information in support of the original claim/complaint filed with this Court on September 15, 2024, and states as follows:

### Introduction

This document is submitted to provide the Court with new and relevant information that has come to light since the initial filing of the complaint. This information is directly related to the claims and allegations set forth therein and may impact the relief sought.

### Supplemental Facts

Since the filing of the original complaint, the following additional facts have become known or have occurred:

**BUFFALO POLICE OFFICERS ABSENSE OF OATH OF OFFICE ON FILE**
**Defendants: Buffalo Police, City of Buffalo, Officer Joesph Mullen, Officer Sean MCcabe, Christoper Scalon**

1. According to Article XIII, Section 1 of the New York Constitution every public officer must take an oath of office:

2. The officer must swear to uphold the state and federal constitution. In New York State, merely reciting the oath of office without filing it is not sufficient

for a public officer to officially assume their duties. Both taking and filing the oath are legally required steps.

**Buffalo Police Officer Oath of Office**

3. *"I, [Name], do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the State of New York, and that I will faithfully discharge the duties of the office of Police Officer of the City of Buffalo, according to the best of my ability; and that I will obey the orders of my superior officers; and that I will uphold the law with fairness, integrity, and respect for the rights of all citizens. So help me God."*

4. The oath of office is taken by all officers before they begin their duties in the Buffalo Police Department.

5. It emphasizes the officer's commitment to constitutional principles, obedience to superiors, and fair and just law enforcement within the city of Buffalo.

6. The Oath of Office is a crucial step in the process of becoming a public official and ensures the officers legitimacy to carry out their duties.

**Authority to Act:**

7. The oath of office is what legally empowers the officer to perform their duties. Without it on file, questions could be raised about the officer's authority to make arrests, issue citations, testify in court, or carry out any law enforcement duties.

**Public Trust and Standing:**

8. If an officer does have an oath on file, it may suggest that they have not formally entered into their public service role. This means the Defendant Officer JOESPH MULLEN and SEAN MCCABE actions during the arrest, search, and use of force against the Plaintiff is in serious question as it appears they had no legal standing to do so. The question also arises if the Officers are legally able to testify in court of law without an oath.

9. The NYS Division of Criminal Justice Services oversees the accreditation of the police departments within New York State.

10. Per the website the Buffalo Police department has the 2nd largest body of police officers in NYS with 768 officers. The Buffalo Police Department was established in 1871 but not accredited until 2019, approx. six years ago.

11. **Breakdown of surrounding cities- The Year Police Force was Accredited**
    1. AMHERST- 1992
    2. TONAWANDA- 1993
    3. WEST SENECA- 1993
    4. CHEEKTOWAGA-1994
    5. NIAGARA FALLS- 2003
    6. LANCASTER- 2017
    7. BUFFALO- 2019
    8. LOCKPORT- 2022
    9. HAMBURG- 2024

12. **Breakdown of top Largest Police Forces in NYS- The Year Police Force was Accredited**
    1. ROCHESTER-1990
    2. SYRACUSE-1992
    3. ALBANY- 1999
    4. NEW YORK STATE- 2012
    5. SUFFOLK- 2012
    6. BUFFALO- 2019
    7. SCHENECTADY- 2020

https://www.criminaljustice.ny.gov/ops/accred/accredited-agencies.htm (NYS Criminal Justice Website)

13. In New York State (NYS), the primary difference between an accredited police department and a non-accredited police department lies in adherence to established standards, best practices, and oversight.

③

14. Accreditation is a formal process that certifies a police department's compliance with a set of standards designed to improve the quality of law enforcement services, ensure accountability, and protect citizens' rights.

**Accredited Police Department**

15. An accredited police department has voluntarily gone through a comprehensive review process and meets the standards set by the New York State Law Enforcement Accreditation Program (or a similar accrediting body like the Commission on Accreditation for Law Enforcement Agencies — CALEA, if they follow national standards). Accreditation involves several important components:

**Key Characteristics:**

- **Standards Compliance**: The department must meet over 100 standards related to areas like law enforcement policies, procedures, training, management practices, and community relations. These standards are regularly updated to reflect best practices.

- **Professionalism**: Accreditation aims to ensure that police departments operate in a professional and ethical manner, with a focus on transparency, accountability, and quality service.

- **Ongoing Evaluation**: Accredited departments undergo regular, periodic re-evaluations to ensure continued compliance with standards. This could include site visits, audits, and reviews of department records and practices.

- **Public Trust**: Because accreditation ensures higher standards of professionalism and transparency, it can improve public confidence in the department.

- **Training and Resources**: Accredited departments tend to have more robust training programs for officers, leading to better performance and a more skilled workforce.

- **Benefits**: Some tangible benefits include eligibility for certain state and federal grants, potential reductions in insurance premiums, and a stronger foundation for legal defense in the event of lawsuits.

**Examples of Standards:**

- Use of force policies.

- Procedures for investigations and arrests.

- Internal affairs processes.



- Records management practices.

- Community policing and engagement strategies.

## Non-Accredited Police Department

16. A non-accredited police department does not voluntarily participate in the formal accreditation process or may not meet all of the established standards for accreditation. These departments are still fully operational but do not undergo the same rigorous review process that accredited departments do.

## Key Characteristics:

- **Lack of Formal Review**: Non-accredited departments may not be subject to the same level of external scrutiny or audits as accredited departments. While they may follow state and federal laws, they may not have implemented best practices as comprehensively as accredited departments.
- **Varied Policies**: The policies, procedures, and training in non-accredited departments can vary widely. While they are generally required to follow state laws, the internal policies might not be as standardized or up-to-date with current law enforcement standards.

- **Potential Gaps in Accountability**: Without accreditation, there may be fewer checks on how the department is run, potentially leading to less oversight of practices, especially in areas like officer conduct, use of force, and community relations.

- **Less Public Trust**: Because there is less transparency and fewer guarantees that best practices are followed, non-accredited departments might struggle with public trust compared to their accredited counterparts.

## Vacatur of Office (Loss of Position)

17. If the officer fails to file the oath within the 30-day window, their office becomes vacant by operation of law (automatic, without need for further action).
    - This applies even if they are actively performing the duties of the office.

⑤

- Any actions taken by an officer who has not filed their oath may be subject to legal challenge. Courts may find such actions unauthorized or invalid, depending on the circumstances.

18. Not having an oath of office file and the clear intentional cover up of not having oath on file is a violation of civil service or ethics rules.

### Duffy v. Ward, 81 N.Y.2d 127, 596 N.Y.S.2d 746, 612 N.E.2d 1213 (1993)

19. The Defendant a police officer was convicted of a crime involving a violation of his oath of office. The court ruled that such a conviction automatically rendered the office vacant under Public Officers Law § 30(1)(e). The decision emphasized that the officer's actions undermined public trust and violated the duties sworn to in the oath

### Violation of Oath/ Conspiracy to cover it up

20. The city of buffalo is aware many of their officers do not have any Oath of Offices on file. Many of those officers also have a history of complaints and violating resident's civil rights. The Buffalo Police and City of Buffalo avoided oversight and accountability to allow a gang like culture and wild wild west mentality within the City of Buffalo Police Department towards residents during 2015 when the Plaintiff was assaulted.

21. The Defendants BUFFALO POLICE and THE CITY OF BUFFALO purposely did not receive state accreditation for decades to avoid oversight and real accountability.

22. The Plaintiff conducted a search in New York State, Erie County, and the City of Buffalo and found Defendants Officers JOESPH MULLEN and SEAN MCCABE did not have any oaths of offices on file with NYS, Erie County, City of Buffalo or any archives.

### Search for Oath of Office for Officers JOEPSH MULLEN and SEAN MCCABE

23. On September 18, 2024 the Plaintiff received an email from Abba Z. "Bucky" Abramovsky, Assistant Corporation Counsel regarding her FOIL appeal of the oath of office search of Buffalo Police Officers JOESPH MULLEN and Officer SEAN MCCABE.

24. The Plaintiff had received letters from Buffalo Police, The City of Buffalo Clerks Office, Erie County Clerks Office, NY State, and ECC BPD Training academy, that there was no oaths for Defendants OFFICER JOEPSH MULLEN and SEAN MCCABE. **(EXHIBIT#1) (Oath of Office Searches)**



25. The Plaintiff spoke to the Assistant Corporation Counsel regarding the FOIL appeal on the phone approximately 10-12 times between September 2024 – March 2025.

26. The Plaintiff had 12 email exchanges with assistant counsel Abba Z. Bucky Abramovsky between September 2024- March 2025. **(EXHIBIT#2) (Emails W/ COB attorney Abramovsky)**

27. Assistant counsel Abba Z. Bucky Abramovsky told the Plaintiff he was doing a diligent search in cardboard boxes of archives. Mr. Abramovsky informed the Plaintiff he was down to 2 final boxes and would get the letter out to her that a diligent search had been done.

28. Attorney Abramovsky then ceased all communication with the Plaintiff after his last email on March 28, 2025, never providing her with the requested information.

29. The Plaintiff called Attorney Abramovsky June 10, 2025 and left a message for the secretary requesting a follow up.

30. The Plaintiff sent an email to COB attorney Abramovsky that she believes he is purposely withholding the letter that a diligent search had been completed and nothing was found and that she would be filing an Article 78 proceeding.

31. City of Buffalo Attorney Abba Abramovsky has not replied to date.

32. The defendants Officer JOESPH MULLEN and SEAN MCCABE were included in separate oath of search/request conducted by the founder of Lockport Court Watchers Stacey Pynn to the COB Clerks office.

33. Stacey Pynn was able to obtain a response from the COB Clerks office rep Tianna Marks that no oath of office was found for Officers Joesph Mullen and Sean Mccabe dated October 24, 2024. **(EXHIBIT#3) (RESPONSE FOR REQUEST OF OATH FROM COB CLERK TO STACEY PYNN)**

34. The Plaintiff would like to note that she received a denial from COB Clerks office rep Tianna Marks dated September 13, 2024 regarding the request of oaths for Joesph Mullen and Sean Mccabe. The denial stated that the City Clerks office does not maintain Oaths filed for Officers. **(EXHIBIT#4) (RESPONSE FOR REQUEST OF OATH FROM COB CLERK TO PLAINTIFF)**

35. The contradictory response sent to Stacey Pynn was sent 11 days after the Plaintiff's request by the same COB Clerk rep, Tianna Marks.

36. The City of Buffalo is aware that Officer JOESPH MULLEN and SEAN MCCABE as well as other officers lack oaths and continues to allow them to violate the constitutional rights of residents.

37. These officers absent of their oath are allowed by THE CITY OF BUFFALO to do their official duties without executing and filing the required oath undertaking in accordance with the provisions of the law.

7

38. Crimes that are in violation of the oath are ones Defendants JOESPH MULLEN and SEAN MCCABE violated such as abuse of authority, misconduct in using excessive force, and violating constitutional rights.

**Joe Mullen Appointed to Foot Patrol- No Oath of Office**

39. On June 9, 2025 WKBW news 7 ran a new article and interview with Defendant Officer JOEPSH MULLEN who was appointed to the Community Foot Patrol by Defendant CHRISTOPHER SCALON who is now the acting mayor.

40. The Plaintiff reached out to CHISTOPHER SCALON during June 2020 and had a 60 min zoom meeting requesting SCALON investigated her incident. CHRISTOPHER SCALON asked for the names of the Officers involved in her assault and said he would investigate. **(EXHIBIT#5) (EMAILS FROM SCALON TO PLAINTIFF SETTING UP MEETING)**

41. The Defendant CHRISTOPHER SCALON as the Plaintiff's common councilman and President of the Council Police Committee was made aware of what Defendant Officer JOESPH MULLEN did to the plaintiff and made a very conscious decision to not investigate the Plaintiff's complaint at any Common Council Police Committee meeting or behind the scenes.

42. June 2025 Defendant CHRISTOPHER SCALON made another conscious decision as the acting Mayor to appoint Defendant Officer JOESPH MULLEN a veteran with a list of complaints of excessive force to walk the streets of the community and disguise military heavy-handed policing as an effort to try and boost "Community Moral." **(EXHIBIT#6) (PICTURE OF SCALON APPOINTING OFFICER JOESPH MULLEN MAY/JUNE 2025)**

43. The City of Buffalo and now acting mayor CHRISTOPHER SCALON appointed Buffalo Police Officers to the community foot patrol who have a long list of various complaints ranging from excessive force, illegal search and seizure, offensive conduct, etc.

44. On June 9, 2025 the Plaintiff was traumatized when officer Joesph Mullen appeared on her FB timeline on a WKBW news interview regarding his appointment to community foot patrol. https://www.wgrz.com/video/news/local/as-seen-on-tv/new-foot-patrol-focuses-on-community-input/71-9f99625d-3736-4d15-91bf-c4883be0597b

45. The Plaintiff had to watch defendant Officer Joe Mullen have the audacity to speak about his own mental health after destroying the Plaintiffs and forever changing her life. She had to watch Officer Joesph Mullen laugh and walk

door to door in the same city that he terrorized her and her child in. An incident the Plaintiff has thought about every day for the past ten years.

46. The Plaintiff moved from Laurel Ave in Buffalo, NY after the May 14, 2022 Tops shooting. The plaintiff's street Laurel Ave led up the Tops grocery store were the shooting occurred.

47. The Plaintiff was present with her children about to drive into the parking lot when the terrorist attack occurred. The Plaintiff was interviewed on CNN directly after the shooting.

48. The Plaintiff was asked to come to Buffalo to speak May 14, 2025 by an organization holding an event for the 2-year anniversary of the shooting. The Plaintiff declined due to not having the TRO in place that she requested March 2025 from this court. The Plaintiff was made aware after the May 14, 2025 event by multiple people that Officer Joe Mullen was doing foot patrol on/around Laurel Avenue and the Tops Parking lot where the event was.

49. Watching the June 9, 2025 WKBW interview of the Defendant Officer JOESPH MULLEN sent the plaintiff into a severe state of depression which she currently still is in.

50. The Defendant CITY OF BUFFALO is aware that Defendant Officer JOESPH MULLEN does not have a valid an Oath of Office to currently operate within the city of buffalo. They have allowed Officer Mullen to be placed on community foot patrol, an officer who admittedly on a notarized statement went into the plaintiff's home with no warrant or legal reason and used excessive force assaulting her pregnant. Officer JOESPH MULLEN who also assaulted a 2-year-old child.

51. The Plaintiff will be filing an article 78 proceeding in NYS Supreme Court requesting for Defendant Officer JOESPH MULLEN's position be vacated due to the absence of his Oath of Office. Officer Mullen is a liability and an aggressor towards the community. Officer Mullen has a list of complaints and has never been held accountable for his actions due to the continued conspiracy to coverup federal crimes by the Defendants the CITY OF BUFFALO and BUFFALO POLICE.

## Legal Basis for Inclusion

47. Plaintiff asserts that these additional facts support the original causes of action for the Monell claim and/or may give rise to new claims under City of Canton v. Harris, 489 U.S. 378 (1989). If the municipality fails to train, supervise, or discipline employees and that failure leads to a rights violation, it supports Monell liability.

## Conclusion

48. Plaintiff respectfully requests that the Court consider this supplemental information in the adjudication of this matter. Plaintiff submits this filing in good faith and in the interest of a full and fair adjudication of all relevant facts and issues in this matter.


Respectfully submitted,

Dominique Calhoun
770-367-5505
DomCalhoun@Yahoo.com
**Pro Se / Attorney for Plaintiff**

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.
Executed on July 5, 2025, at Atlanta, GA.

Signature: _____

Printed Name: DOMINIQUE C. CALHOUN

⑩

**Supplemental Declaration in Support of Monell Doctrine Claim**

# EXHIBIT # 1

# Oath of Office Searches

**yahoo/mail**　　Search your mail　　　　　🔍　　　Go back to the old Yahoo Mail　　ⓨ Go ad-free

← Back　　⤾ ⤿ ✉ ☆ 🗀 🗑 ⊘ ⋯　　　↑ ↓ ✕

🗀 Inbox

Starred　Contacts　More

# FOIL Appeal

Abramovsky, Abba Z
To: me · Wed, Sep 18, 2024 at 2:55 PM ∨

Good afternoon,

I'm Bucky Abramovsky, with the Law Department, City of Buffalo. I wanted to reach out to discuss your FOIL appeal regarding Oaths of officers. I can be contacted by the means below. If you have a number you'd like me to call, please feel free to provide it.

Thank you,

**Abba Z. "Bucky" Abramovsky**
**Assistant Corporation Counsel**
City of Buffalo Department of Law
65 Niagara Square
1135 City Hall
Buffalo, New York 14202
Ph: 716.851.4342
Fax: 716.851.4105
Email: aabramovsky@buffalony.gov

**Confidentiality Notice:** This electronic communication is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message. Thank you for your cooperation.



Reply ⤾　　Forward ⤿

# OFFICE OF THE CITY CLERK

**TIANNA M. MARKS**
*City Clerk*
*Registrar of Vital Statistics*

**MILLY CASTRO LITTLES**
*Deputy City Clerk Vital Statistics*
*Deputy Registrar of Vital Statistics*

**PAMELA MAGGIORE**
*Deputy City Clerk*



65 NIAGARA SQUARE
ROOM 1308 CITY HALL
BUFFALO, NEW YORK 14202
PHONE: (716) 851-5431
FAX: (716) 851-4845

September 13, 2024

Dominique Calhoun
domcalhoun@yahoo.com

*Re. FOIL Request: All Request for Oath of Offices and Dates Filed for the Following Officers Joseph Mullen and Shawn McCabe; also, Were These Officers Ever Members of the Strike Force or Housing Unit.*

Dear Ms. Calhoun,

The City of Buffalo Clerk's Office is in receipt of your attached Freedom of Information Law request.

This department does not maintain any records related to the above issues for the City of Buffalo, NY, which you seek access to. For information of City of Buffalo departments, please see our website at www.buffalony.gov.

You may email Buffalo Police: foil@bpdny.org as they can assist you further with your inquiry.

Very truly yours,

Tianna M. Marks/sa
City Clerk
Enclosed

## Lopez, Sarita L

**From:** Dominique Calhoun <domcalhoun@yahoo.com>
**Sent:** Friday, September 13, 2024 10:55 AM
**Cc:** Lopez, Sarita L
**Subject:** Letter for search request

To Whom It May Concern:

Pursuant to the New York Freedom of Information Law, I hereby request the following records:

Hello,

I would like to request a letter a search was conducted for the below and nothing was found. I called earlier today and they said they do not have City of Buffalo officers on file, i need a letter stating that.

I would like to request the Oath of Offices for the below officers and the dates they were filed.

1. Joseph Mullen
2. Shawn McCabe

Also I would like to know if any of these officers were ever members of the Strike Force or the Housing Unit.

Thanks


In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.
Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 5 business days, as the statute requires.

Sincerely,



Dominique Calhoun



Thanks

1

**yahoo/mail**     Search your mail          Q         Go back to the old Yahoo Mail     Go ad-free

Starred   Contacts   More

← Back

📥 Inbox        ☆ Starred        ✈ Sent        📄 Drafts        📁 Folders     ...

📁 Inbox

# RE: Request: Oaths of Office

**Maier,Megan K.**
To: me · Fri, Sep 13, 2024 at 9:28 AM ∨

Just following up on our phone conversation, I'm not sure if this is correct but I did find this website when looking for contact information for the police academy: Training Academy | Central Police Services (erie.gov) I have emailed the City Clerk to see if she has any insight on where the police oaths of office are held and I will follow up with you on her reply.
Thank you.

**Megan Maier**
Records Management
45 Comet St - Buffalo, NY 14216
(716) 877-0636 (office)
(716) 874-6405 (fax)



≋ PRINCESS

nder historic

EXPLORE MORE

**From:** Maier,Megan K.
**Sent:** Friday, September 13, 2024 8:35 AM
**To:** Dominique Calhoun <domcalhoun@yahoo.com>
**Subject:** RE: Request: Oaths of Office

Good Morning,

Our facility does not give records directly to the public. However I am including a link to the Buffalo Police Foil webpage so that you may put in your request for records: Freedom of Information Requests (FOIL)NextRequest - Modern FOIA & Public Records Request Software You may also call Police Headquarters (716-851-4444) for more information.

Thank you,

**Megan Maier**

Records Management

45 Comet St - Buffalo, NY 14216

(716) 877-0636 (office)

(716) 874-6405 (fax)

**From:** Dominique Calhoun <domcalhoun@yahoo.com>
**Sent:** Thursday, September 12, 2024 4:21 PM
**To:** Maier,Megan K. <mmaier@buffalony.gov>
**Subject:** Request: Oaths of Office

Case 1:24-cv-00872-LJV    Document 7    Filed 07/09/25    Page 16 of 48



Hello,

I wanted to request filed oaths of office for the

below Buffalo Police Officers. If there is not one on file I wanted to receive a letter stating a search was conducted and nothing was found. I am willing to pay whatever fees associated with this request.

1. Joseph Mullen
2. Shawn McCabe
3. Joseph Paszkiewicz

Reply ⤶          Forward ⤷

domcalhoun@y...

## yahoo/mail

Search your mail        Q      Go back to the old Yahoo Mail    Go ad-free

Starred   Contacts   More

← Back      ↰ ↱ ✉ ☆ ◻ 🗑 ⊘ •••      ↑ ↓ ✕

- Inbox
- Inbox
- Starred
- Sent
- Drafts
- Folders

•••

# RE: Webform submission from: Document Request Form {35794}

**Donna T.**
To: me · Mon, Sep 16, 2024 at 12:00 PM ⌄

—reply above this line—

9/16 The documents have been mailed along with the receipts.
Thank you for your request. Your request is complete. Please do not reply to this request. If you need further assistance, please create a new request.

https://clerkhelp.erie.gov/User/AutoLogin?
username=DOMCALHOUN%40YAHOO.COM&email=domcalhoun%40yahoo.com&userHash=5b4
1a13c4de3f00466d0b836cb5c123c&ReturnUrl=https%3A%2F%2Fclerkhelp.erie.gov%2FTicket%2
F35794

Submitted on Fri, 09/13/2024 - 10:27 am

Submitted by: Anonymous

Submitted values are:

## Requestor Information

**Full Name**
Dominique Calhoun

**Full Address**
158 NATHAN RD SW

**Village/Town/City**
ATLANTA

**State**
Georgia

**Zip Code**
30331

**Phone Number**
7703675505

**Email Address**
DomCalhoun@yahoo.com

## Document Information

**Document Type**
A Certificate of search (Oath of Office)

**Certified?**
Yes

**Approximate Date Filed**





September 13, 2024

**Name on Document**
Joseph F. Mullen III / Shawn Mccabe

**Address**
unknown

**Village/Town/City**
unkown

**Notes**
Hello,

I am looking for a letter stating you did search for oath of office for these 2 City of Buffalo Police Officers and nothing was found.

Thanks

Record Request / Document Request Form | In progress | Normal priority

Note: When replying to this email please do not alter the subject line.

Reply ↩    Forward ↪

domcalhoun@y...

Case 1:24-cv-00872-LJV     Document 7     Filed 07/09/25     Page 19 of 48

**yahoo!mail**        Search your mail                    Q        Go back to the old Yahoo Mail        Yo  Go ad-free

← Back        ↰  ↱  ✉  ☆  ▢  🗑  ⊘  •••        ↑  ↓  ✕        Starred   Contacts   Mor‹

▢ Inbox

# RE: Webform submission from: Document Request Form {35794}

Erie County Clerk's Office
To: me · Fri, Sep 13, 2024 at 10:27 AM ⌄

—reply above this line—

Thank you for submitting your request through the Erie County Clerk Helpdesk.  One of our staff will get back to you as soon as possible.

Original Request:

Submitted on Fri, 09/13/2024 - 10:27 am

Submitted by: Anonymous

Submitted values are:

## Requestor Information

**Full Name**
Dominique Calhoun

**Full Address**
158 NATHAN RD SW

**Village/Town/City**
ATLANTA

**State**
Georgia

**Zip Code**
30331

**Phone Number**
7703675505

**Email Address**
DomCalhoun@yahoo.com



## Document Information

**Document Type**
A Certificate of search (Oath of Office)

**Certified?**
Yes

**Approximate Date Filed**
September 13, 2024

**Name on Document**
Joseph F. Mullen III / Shawn Mccabe

**Address**
unknown

**Village/Town/City**
unkown

**Notes**
Hello,

I am looking for a letter stating you did search for oath of office for these 2 City of Buffalo Police Officers and nothing was found.

Thanks

https://clerkhelp.erie.gov/User/AutoLogin?
username=DOMCALHOUN%40YAHOO.COM&email=domcalhoun%40yahoo.com&userHash=f435
c8a2cf8a9969810a99ac29efd62b&ReturnUrl=https%3A%2F%2Fclerkhelp.erie.gov%2FTicket%2F3
5794

**Erie County Clerk Michael P. Kearns**
Record Request / Document Request Form | New | Normal priority Reset password
Note: When replying to this email please do not alter the subject line

Reply ⤺        Forward ⤻

domcalhoun@y...

**Supplemental Declaration in Support of Monell Doctrine Claim**

# EXHIBIT # 2

# Emails W/ COB attorney Abramovsky Requesting Oaths of Office for JOESPH MULLEN/SEAN MCCABE

**yahoo!mail**   ( Abba Z. Abramovsky )  Add keywords    ✕  ☰    🔍        Go back to the old Yahoo Mail    🄮 Go ad-free



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Newest first ⌄ | Has attachment | Any Time ⌄ | | ✓ All mailboxes ⌄ | | | |

☐ ⌄   14 messages

| Ad | ck | Intuit Credit Ka... | | Are you looking for a personal loan? · Learn more | |
|---|---|---|---|---|---|
| ☐ | ◯ | Abramovsky, ... | Inbox | Re: FOIL App...  · I have been  📁 ☆ 🗑 ✉ 🔍 ··· | |
| ☐ | ◯ | me | Sent | Re: FOIL App...  · Hello, Please give me a call 770... | Mar 26 |
| ☐ | ◯ | me | Sent | Re: FOIL App...  · Hello, I am available. Thanks On ... | Feb 19 |
| ☐ | ◯ | Abramovsky, ... | Inbox | RE: FOIL App...  · Good morning, Just saw last ni... | Feb 19 |
| ☐ | ◯ | me | Sent | Re: FOIL App...  · Hello, Could you please send m... | Feb 18 |
| ☐ | ◯ | Abramovsky, ... | Inbox | RE: FOIL App...  · Good morning, I did see a mis... | 11/20/2024 |
| ☐ | ◯ | me | Sent | Re: FOIL App...  · Good Morning, I was following ... | 11/20/2024 |
| ☐ | ◯ | me | Sent | Re: FOIL App...  · Thanks! On Thursday, October ... | 10/3/2024 |
| ☐ | ◯ | Abramovsky, ... | Inbox | Re: FOIL App...  · If you could send it to the offi... | 10/3/2024 |
| ☐ | ◯ | me | Sent | Re: FOIL App...  · Hello, Yes thank you. I have ano... | 10/3/2024 |
| ☐ | ◯ | Abramovsky, ... | Inbox | Re: FOIL App...  · Sorry, been in court. I had this ... | 10/3/2024 |
| ☐ | ◯ | me | Sent | Re: FOIL App...  · Hello, I was following up on my ... | 10/3/2024 |
| ☐ | ◯ | me | Sent | Re: FOIL App...  · Hello, Please call me at 770367... | 9/18/2024 |
| ☐ | ◯ | Abramovsky, ... | Inbox | FOIL App...  · Good afternoon, I'm Bucky Abram... | 9/18/2024 |

Starred   Contacts   More

domcalhoun@y...

yahoo/mail    Abba Z. Abramovsky    Add keywords    ✕    🔳    🔍    Go back to the old Yahoo Mail    YO Go ad-free

← Back    ↩ ↪ ✉ ☆ 🗁 🗑 ⊘ •••    ↑ ↓ ✕    Starred  Contacts  Mor‹

Inbox

Starred

Sent

Drafts

Folders

•••

🗁 Inbox

# Re: FOIL Appeal

Abramovsky, Abba Z
To: me · Fri, Mar 28 at 3:54 PM ⌄

I have been in court, and I apologize for not getting back sooner. I should have a date definite for the release of those two documents I can give you next week.

I will follow up most likely by email as it's more reliable and less reliant on me being in the office itself.

Thank you

**Abba Z. "Bucky" Abramovsky**
**Assistant Corporation Counsel**
City of Buffalo Department of Law
65 Niagara Square
1135 City Hall
Buffalo, New York 14202
Ph: 716.851.4342
Fax: 716.851.4105
Email: aabramovsky@buffalony.gov

**Confidentiality Notice:** This electronic communication is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message. Thank you for your cooperation.



ıe movement
hunger.

From: Dominique Calhoun <domcalhoun@yahoo.com>
Sent: Wednesday, March 26, 2025 10:12:08 AM
To: Abramovsky, Abba Z <AAbramovsky@buffalony.gov>
Subject: Re: FOIL Appeal

Hello,

Please give me a call

7703675505

On Wednesday, February 19, 2025 at 02:47:20 PM EST, Dominique Calhoun <domcalhoun@yahoo.com> wrote:

Hello,

I am available.

Thanks

On Wednesday, February 19, 2025 at 09:23:04 AM EST, Abramovsky, Abba Z
<aabramovsky@buffalony.gov> wrote:

Good morning,

Just saw last night's email -- I can reach out this afternoon regarding our formal
response.

Thank you.

**Abba Z. "Bucky" Abramovsky**

**Assistant Corporation Counsel**

City of Buffalo Department of Law

65 Niagara Square

1135 City Hall

Buffalo, New York 14202

Ph: 716.851.4342

Fax: 716.851.4105

Email: aabramovsky@buffalony.gov

**Confidentiality Notice:** This electronic communication is intended for the use of the individual or
entity to which it is addressed and may contain confidential information belonging to the sender which
is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby
notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents
of this communication is strictly prohibited. If you have received this communication in error, please
notify the sender immediately and delete the original message. Thank you for your cooperation.

**From:** Dominique Calhoun <domcalhoun@yahoo.com>
**Sent:** Tuesday, February 18, 2025 18:04
**To:** Abramovsky, Abba Z <AAbramovsky@buffalony.gov>
**Subject:** Re: FOIL Appeal

Hello,

Could you please send me a follow up on this request? If you do not plan on provide me with the
requested information please clarify.

Dominique Calhoun

On Wednesday, November 20, 2024 at 09:27:33 AM EST, Abramovsky, Abba Z
<aabramovsky@buffalony.gov> wrote:

Good morning,

I did see a missed call; I will reach out as soon as I can.

Thank you,

**Abba Z. "Bucky" Abramovsky**

**Assistant Corporation Counsel**

City of Buffalo Department of Law

65 Niagara Square

1135 City Hall

Buffalo, New York 14202

Ph: 716.851.4342

Fax: 716.851.4105

Email: aabramovsky@buffalony.gov

Confidentiality Notice: This electronic communication is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message. Thank you for your cooperation.

---

**From:** Dominique Calhoun <domcalhoun@yahoo.com>
**Sent:** Wednesday, November 20, 2024 09:06
**To:** Abramovsky, Abba Z <AAbramovsky@buffalony.gov>
**Subject:** Re: FOIL Appeal

Good Morning,

I was following up regarding my request for the oath of office searches.

Thanks

On Thursday, October 3, 2024 at 01:30:54 PM EDT, Dominique Calhoun <domcalhoun@yahoo.com> wrote:

Thanks!

On Thursday, October 3, 2024 at 12:52:08 PM EDT, Abramovsky, Abba Z <aabramovsky@buffalony.gov> wrote:

If you could send it to the office, I'd appreciate that.

Thanks,

**Abba Z. "Bucky" Abramovsky**
**Assistant Corporation Counsel**
City of Buffalo Department of Law
65 Niagara Square
1135 City Hall
Buffalo, New York 14202
Ph: 716.851.4342
Fax: 716.851.4105
Email: aabramovsky@buffalony.gov

**Confidentiality Notice:** This electronic communication is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message. Thank you for your cooperation.

**From:** Dominique Calhoun <domcalhoun@yahoo.com>
**Sent:** Thursday, October 3, 2024 12:47:50 PM
**To:** Abramovsky, Abba Z <AAbramovsky@buffalony.gov>
**Subject:** Re: FOIL Appeal

Hello,

Yes thank you. I have another FOIL appeal I wanted to send in. Are you the person that handles these or should I send it to the office?

Thanks

On Thursday, October 3, 2024 at 12:31:55 PM EDT, Abramovsky, Abba Z <aabramovsky@buffalony.gov> wrote:

Sorry, been in court. I had this down to follow up tomorrow. Does that work?

**Abba Z. "Bucky" Abramovsky**
**Assistant Corporation Counsel**
City of Buffalo Department of Law
65 Niagara Square
1135 City Hall
Buffalo, New York 14202
Ph: 716.851.4342
Fax: 716.851.4105
Email: aabramovsky@buffalony.gov

**Confidentiality Notice:** This electronic communication is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message. Thank you for your cooperation.

Case 1:24-cv-00872-LJV    Document 7    Filed 07/09/25    Page 27 of 48

**From:** Dominique Calhoun <domcalhoun@yahoo.com>
**Sent:** Thursday, October 3, 2024 11:20:13 AM
**To:** Abramovsky, Abba Z <AAbramovsky@buffalony.gov>
**Subject:** Re: FOIL Appeal

Hello,

I was following up on my call the other day requesting an update on the Oath's of Office.

Thanks

On Wednesday, September 18, 2024 at 02:55:34 PM EDT, Abramovsky, Abba Z <aabramovsky@buffalony.gov> wrote:

Good afternoon,

I'm Bucky Abramovsky, with the Law Department, City of Buffalo. I wanted to reach out to discuss your FOIL appeal regarding Oaths of officers. I can be contacted by the means below. If you have a number you'd like me to call, please feel free to provide it.

Thank you,

**Abba Z. "Bucky" Abramovsky**

**Assistant Corporation Counsel**

City of Buffalo Department of Law

65 Niagara Square

1135 City Hall

Buffalo, New York 14202

Ph: 716.851.4342

Fax: 716.851.4105

Email: aabramovsky@buffalony.gov

**Confidentiality Notice:** This electronic communication is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message. Thank you for your cooperation.

domcalhoun@y...                          Reply ↩          Forward ↪

**yahoo/mail**   Abba Z. Abramovsky   Add keywords   ✕ 〒   🔍      Go back to the old Yahoo Mail   Ⓨ⁺ Go ad-free



← Back        ↩ ↪ ✉ ☆ 🗁 🗑 ⊘ •••        ↑ ↓ ✕        Starred   Contacts   More

🗀 Inbox

# RE: FOIL Appeal

Abramovsky, Abba Z
To: me · Wed, Feb 19 at 9:23 AM ⌄

Good morning,

Just saw last night's email – I can reach out this afternoon regarding our formal response.

Thank you,

**Abba Z. "Bucky" Abramovsky**
**Assistant Corporation Counsel**
City of Buffalo Department of Law
65 Niagara Square
1135 City Hall
Buffalo, New York 14202
Ph: 716.851.4342
Fax: 716.851.4105
Email: aabramovsky@buffalony.gov

**Confidentiality Notice:** This electronic communication is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message. Thank you for your cooperation.

From: Dominique Calhoun <domcalhoun@yahoo.com>
Sent: Tuesday, February 18, 2025 18:04
To: Abramovsky, Abba Z <AAbramovsky@buffalony.gov>
Subject: Re: FOIL Appeal

Hello,

Could you please send me a follow up on this request? If you do not plan on provide me with the requested information please clarify.

Dominique Calhoun

On Wednesday, November 20, 2024 at 09:27:33 AM EST, Abramovsky, Abba Z <aabramovsky@buffalony.gov> wrote:

Good morning,

I did see a missed call; I will reach out as soon as I can.

Thank you,


Abba Z. "Bucky" Abramovsky

Assistant Corporation Counsel

City of Buffalo Department of Law

65 Niagara Square

1135 City Hall

Buffalo, New York 14202

Ph: 716.851.4342

Fax: 716.851.4105

Email: aabramovsky@buffalony.gov


Confidentiality Notice: This electronic communication is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message. Thank you for your cooperation.

---

From: Dominique Calhoun <domcalhoun@yahoo.com>
Sent: Wednesday, November 20, 2024 09:06
To: Abramovsky, Abba Z <AAbramovsky@buffalony.gov>
Subject: Re: FOIL Appeal


Good Morning,

I was following up regarding my request for the oath of office searches.

Thanks

On Thursday, October 3, 2024 at 01:30:54 PM EDT, Dominique Calhoun <domcalhoun@yahoo.com> wrote:



Thanks!

On Thursday, October 3, 2024 at 12:52:08 PM EDT, Abramovsky, Abba Z <aabramovsky@buffalony.gov> wrote:

If you could send it to the office, I'd appreciate that.


Thanks,


**Abba Z. "Bucky" Abramovsky**
**Assistant Corporation Counsel**
City of Buffalo Department of Law
65 Niagara Square
1135 City Hall
Buffalo, New York 14202
Ph: 716.851.4342
Fax: 716.851.4105
Email: aabramovsky@buffalony.gov

**Confidentiality Notice:** This electronic communication is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message. Thank you for your cooperation.

**From:** Dominique Calhoun <domcalhoun@yahoo.com>
**Sent:** Thursday, October 3, 2024 12:47:50 PM
**To:** Abramovsky, Abba Z <AAbramovsky@buffalony.gov>
**Subject:** Re: FOIL Appeal


Hello,


Yes thank you. I have another FOIL appeal I wanted to send in. Are you the person that handles these or should I send it to the office?




Thanks


On Thursday, October 3, 2024 at 12:31:55 PM EDT, Abramovsky, Abba Z <aabramovsky@buffalony.gov> wrote:



Sorry, been in court. I had this down to follow up tomorrow. Does that work?


**Abba Z. "Bucky" Abramovsky**
**Assistant Corporation Counsel**
City of Buffalo Department of Law
65 Niagara Square
1135 City Hall
Buffalo, New York 14202
Ph: 716.851.4342
Fax: 716.851.4105
Email: aabramovsky@buffalony.gov

**Confidentiality Notice:** This electronic communication is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have

received this communication in error, please notify the sender immediately and delete the original message. Thank you for your cooperation.

**From:** Dominique Calhoun <domcalhoun@yahoo.com>
**Sent:** Thursday, October 3, 2024 11:20:13 AM
**To:** Abramovsky, Abba Z <AAbramovsky@buffalony.gov>
**Subject:** Re: FOIL Appeal

Hello,

I was following up on my call the other day requesting an update on the Oath's of Office.

Thanks

On Wednesday, September 18, 2024 at 02:55:34 PM EDT, Abramovsky, Abba Z <aabramovsky@buffalony.gov> wrote:

Good afternoon,

I'm Bucky Abramovsky, with the Law Department, City of Buffalo. I wanted to reach out to discuss your FOIL appeal regarding Oaths of officers. I can be contacted by the means below. If you have a number you'd like me to call, please feel free to provide it.

Thank you,

**Abba Z. "Bucky" Abramovsky**

**Assistant Corporation Counsel**

City of Buffalo Department of Law

65 Niagara Square

1135 City Hall

Buffalo, New York 14202

Ph: 716.851.4342

Fax: 716.851.4105

Email: aabramovsky@buffalony.gov

**Confidentiality Notice:** This electronic communication is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message. Thank you for your cooperation.

Reply ⤺          Forward ⤳

**Supplemental Declaration in Support of Monell Doctrine Claim**

# EXHIBIT # 3

# RESPONSE FOR REQUEST OF OATH FROM COB CLERK TO STACEY PYNN

# OFFICE OF THE CITY CLERK

 



**TIANNA M. MARKS**
*City Clerk*
*Registrar of Vital Statistics*

**MILLY CASTRO LITTLES**
*Deputy City Clerk Vital Statistics*
*Deputy Registrar of Vital Statistics*

**PAMELA MAGGIORE**
*Deputy City Clerk*

65 NIAGARA SQUARE
ROOM 1308 CITY HALL
BUFFALO, NEW YORK 14202
PHONE: (716) 851-5431
FAX: (716) 851-4845

October 24, 2024

Stacey Pynn
7217 Woodmore Court
Lockport, New York 14094

Re:    Requests for Oaths of Office

Dear Ms. Pynn:

In response to your two requests for oaths of office of various individuals, I am enclosing certified copies of oaths of office of Catherine Amdur, Mitch Nowakowski, Raymond Wagner, and Gary Wilson in the custody of this office. I certify that no other oath of office responsive to your request was found in this office after a diligent search. Our search covered the time period of 2005 to the present.

Should you require any further assistance, please feel free to contact our office at 851-5432.

Very truly yours,

*Tianna M. Marks*

Tianna M. Marks/sa
City Clerk
Enclosed

Stacey Pynn
7217 Woodmore Court
Lockport, New York 14094

Mitchel Nowakowski _certified_ ___ for ___ common council

Justin Kendall _certified_ oath for code enforcement

Robert Kendall _certified_ for code enforcement

Catherine Amdur _certified_ for code enforcement

Joseph Mullen _certified_ for Buffalo Police Dept.

Shawn McCabe _certified_ for Buffalo Police dept

No, the absence of any of the above oaths
on file, a certified letter of the absence of
an oath is required

Thank you

Stacy Ryan
732 Woodbine st
Lockport, NY 14094
(716) 430-1456
saltslyryan@gmail.com

---

Mitch. Nowakowski — Common Council

Justin Kendall — Code Enforcement

Robert Kendall — Code Enforcement

Catherine Amdur — Code Enforcement

Gary Wilson — City Court Judge

Raymond Wagner — Parking Commissioner

James Montour — Council Chief of
                        Staff

Gregory Garrett — Public Information
                        Officer

Shawn McCabe — Buffalo Police

Joseph Mullen — Buffalo Police

Joseph Paszklewicz — Buffalo Police

Stacey Ryan
Founder
The Lock Keeper Court Watchers LLC
822 East Avenue
Lockport, NY 14094
(716) 430-1456

# CITY OF BUFFALO

# OFFICE OF THE CITY CLERK

I hereby certify that the annexed copies have been compared with the original documents in the custody of the Office of the City Clerk and that the same are true copies of said originals.

WITNESS my hand and official seal of the

Office of the City Clerk, at the City of Buffalo,

on October 24, 2024.

Signature: _Tianna M. Marks_

Tianna M. Marks
City Clerk

CCA-22

**State of New York,** } ss
  **CITY OF BUFFALO,** }

I, Raymond Wagner

*do solemnly swear (or affirm) that I will support the Constitution of the United States, and*

*the Constitution of the State of New York, and that I will faithfully discharge the duties of*

*the office of* Commissioner of Parking

*of the City of Buffalo, according to the best of my ability.*

**Subscribed and sworn this** 28th

  **day of** July , 20 22 }

Darius G. Pridgen

~~City Clerk~~ Council President

CCA-22

**State of New York,** } ss
 **CITY OF BUFFALO,** }

I, ___Mitch Nowakowski___

do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the State of New York, and that I will faithfully discharge the duties of the office of

Fillmore District Councilmember

of the City of Buffalo, according to the best of my ability.

Subscribed and sworn this ___2nd___
    day of ___January___, 20__24__ }

___Mitchell P. Nowakowski___

___City of Buffalo Chief Court Judge___

CCA-22

**State of New York,** } ss
**CITY OF BUFFALO,** }

I, _Cathy Amdur_

do solemnly swear (or affirm) that I will support the Constitution of the United States, and
the Constitution of the State of New York, and that I will faithfully discharge the duties of
the office of _Commissioner of Permits & Inspection Services_

of the City of Buffalo, according to the best of my ability.

**Subscribed and sworn this** _2nd_
_day of_ _March_ _, 20 22_ }

_Darius G. Pridgen_
~~City Clerk~~ Council President

CCA-22

State of New York, } ss
 CITY OF BUFFALO, }

I, Gary Wilson

do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the State of New York, and that I will faithfully discharge the duties of

the office of Please see attached.

of the City of Buffalo, according to the best of my ability.

Subscribed and sworn this ............................................. }
 day of ........................................................., 20............ }

................................................................................................
 ..........................................................................
                                                    *City Clerk*

**Supplemental Declaration in Support of Monell Doctrine Claim**

# EXHIBIT # 4

# RESPONSE FOR REQUEST OF OATH FROM COB CLERK TO PLAINTIFF

# OFFICE OF THE CITY CLERK



**TIANNA M. MARKS**
*City Clerk*
*Registrar of Vital Statistics*

**MILLY CASTRO LITTLES**
*Deputy City Clerk Vital Statistics*
*Deputy Registrar of Vital Statistics*

**PAMELA MAGGIORE**
*Deputy City Clerk*

65 NIAGARA SQUARE
ROOM 1308 CITY HALL
BUFFALO, NEW YORK 14202
PHONE: (716) 851-5431
FAX: (716) 851-4845

September 13, 2024

Dominique Calhoun
domcalhoun@yahoo.com

*Re. FOIL Request: All Request for Oath of Offices and Dates Filed for the Following Officers Joseph Mullen and Shawn McCabe; also, Were These Officers Ever Members of the Strike Force or Housing Unit.*

Dear Ms. Calhoun,

The City of Buffalo Clerk's Office is in receipt of your attached Freedom of Information Law request.

This department does not maintain any records related to the above issues for the City of Buffalo, NY, which you seek access to. For information of City of Buffalo departments, please see our website at www.buffalony.gov.

You may email Buffalo Police: foil@bpdny.org as they can assist you further with your inquiry.

Very truly yours,

Tianna M. Marks/sa
City Clerk
Enclosed

## Lopez, Sarita L

**From:**      Dominique Calhoun <domcalhoun@yahoo.com>
**Sent:**      Friday, September 13, 2024 10:55 AM
**Cc:**        Lopez, Sarita L
**Subject:**   Letter for search request

To Whom It May Concern:

Pursuant to the New York Freedom of Information Law, I hereby request the following records:

Hello,

I would like to request a letter a search was conducted for the below and nothing was found. I called earlier today and they said they do not have City of Buffalo officers on file, i need a letter stating that.

I would like to request the Oath of Offices for the below officers and the dates they were filed.

1. Joseph Mullen
2. Shawn McCabe

Also I would like to know if any of these officers were ever members of the Strike Force or the Housing Unit.

Thanks


In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.
Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 5 business days, as the statute requires.

Sincerely,



Dominique Calhoun



Thanks

1

Supplemental Declaration in Support of Monell Doctrine Claim

# EXHIBIT # 5

# EMAILS FROM SCALON TO PLAINTIFF SETTING UP MEETING

On Friday, July 17, 2020, 2:23 PM, Councilmember Scanlon - South <cscanlon@ch.ci.buffalo.ny.us<mailto:cscanlon@ch.ci.buffalo.ny.us>> wrote:

Dominique,

I am terribly sorry for the delay in getting back to you. I hope you understand. I would be more than happy to speak with you. Would you prefer to speak on the telephone or on a Zoom call or something like that?

Thank you!

Christopher P. Scanlon

Case 1:24-cv-00872-LJV    Document 7    Filed 07/09/25    Page 45 of 48

On Monday, July 20, 2020, 10:27 AM, Councilmember Scanlon - South <cscanlon@ch.ci.buffalo.ny.us> wrote:

Dominique,

I have the zoom meeting scheduled for 11am. The meeting number is 434 898 9867 and the password is 715 102 201.

I look forward to speaking with you.

On Jul 17, 2020 at 4:44 PM, <Dominique Calhoun<mailto:domcalhoun@yahoo.com>> wrote:

Supplemental Declaration in Support of Monell Doctrine Claim

# EXHIBIT # 6

# PICTURE OF SCALON APPOINTING OFFICER JOESPH MULLEN MAY/JUNE 2025





## WGRZ - Channel 2, Buffalo ✔

2h · 🌐

Discover how Buffalo Police are reconnecting with neighborhoods by walking beats and gathering crucial community feedbac... See r



wgrz.com

## Buffalo Police forge community bond