TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:FTYA  (770) 367-5505
DOMINIQUE CALHOUN

158 NATHAN RD SW

ATLANTA, GA 30331
UNITED STATES US

SHIP DATE: 07JUL25
ACTWGT: 1.55 LB
CAD: 6571040/ROSA2630

TO   U. S DISTRICT COURT FOR THE WESTERN
DISTRICT OF NEW YORK
ATTN: CLERKS OFFICE
2 NIAGRA SQUARE
BUFFALO NY 14202

(000) 000-0000          REF:
INV:
PO:                                    DEPT:

**FedEx**
Express

**E**

WED - 09 JUL 5:00P
** 2DAY **

TRK# 8825 4631 2731
0201

SS BUFA

14202
NY-US   BUF



24. CV-872