**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**Dominique Calhoun**
**Plaintiff,**

v.

**Phillip Dabney Jr. et. Al,**
**Defendant(s).**

### LETTER TO COURT REQUESTING FILING CORRECTIONS

### Case No.: 24-cv-872

Hello,

I mailed in 4 documents to be filed into the court. I included a detailed cover page on what each document should be titled. I also had all 4 documents sectioned off with binder clips. The documents have been uploaded incorrectly and titled incorrectly.

#### PLEASE READ THIS ENTIRE LETTER IN DETAIL AND FIX THE ERRORS IN THE FILINGS

1. Edit the title on document 5 to Memorandum in support of Motion to Proceed IFP
2. Title document #6 Motion to Expedite w/ Request for TRO
3. Edit the title on document 7 to Memorandum in Support of Monell Doctrine Claim: Exhibit 1
4. Delete the last page of document 7 (Demand Letter for Insurance to Phillip Dabney) (This does not belong in this document, nor was it included in the binder section for this document)
5. File the "Demand Letter for Insurance to Phillip Dabney" as document #8 and title it as such

**What should have been filed and titled: PLEASE TITLE MY DOCUMENTS CORRECTLY TO TITLES BELOW**

1. Memorandum in Support of Motion to Proceed IFP (Exhibit 1)
2. Memorandum in Support of Monell Doctrine Claim (Exhibits 1-6)
3. Motion to Expedite w/ Request for TRO (Exhibits 1-10)
4. Demand Letter for Insurance to Phillip Dabney

Dated: 7/9/2025

Respectfully submitted,

*Dominique Calhoun*
Dominique Calhoun
DomCalhoun@Yahoocom
(770) 367-5505

UNITED STATES DISTRICT COURT
FILED
JUL 11 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY