**Dominique Calhoun**
Domcalhoun@yahoo.com
770-367-5505
August 14, 2025

**Clerk of Court**
United States District Court
Western District of New York

**Re:** Case No. 24-cv-872 – **Withdrawal of Motion to Expedite**

Dear Clerk:

I am the plaintiff in the above-captioned case, **Dominique Calhoun**, against Defendants **Phillip Dabney et al.** I respectfully withdraw the Motion to Expedite that I previously submitted in this matter.

Please remove the motion from consideration.

Thank you for your attention to this matter.

Sincerely,
Dominique Calhoun