**DOMINIQUE CALHOUN**
Domcalhoun@yahoo.com
770-367-5505



August 14, 2025

**Clerk of Court**
United States District Court
Western District of New York

**Re: Case No. 24-CV-872– Notice of Intent to File First Amended Complaint**

Dear Clerk:

I am the plaintiff in the above-captioned case. The original complaint was filed on September 16, 2024, and the matter is currently pending in forma pauperis review. No defendants have been served at this time.

I am writing to notify the Court that I intend to submit a First Amended Complaint in this action. I will file the amended complaint promptly, and I understand that under Federal Rule of Civil Procedure 15(a)(1), I may amend my complaint once as a matter of course before service.

Sincerely,

X _____
**Dominique Calhoun**